# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 14-05902-CAS (KK)**                                    Date: **November 7, 2014**

Title:  Ryan James Johnson v. Stu Sherman

**DOCKET ENTRY**

PRESENT:

**HON. KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | None |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):              ATTORNEYS PRESENT FOR DEFENDANT(S):
         None                                                                            None

**PROCEEDINGS:**          **(IN CHAMBERS)**

On October 27, 2014, Respondent filed a Motion to Dismiss arguing Petitioner's Petition for Writ of Habeas Corpus should be dismissed as a "mixed petition."  ECF 18).  On November 4, 2014, the Court issued an Order to Show Cause directing a response from Petitioner as to why the petition should not be dismissed as a "mixed petition" and further providing him with options.  (ECF 20).  Thus, Respondent's motion to dismiss is deemed MOOT.

Initials of Deputy Clerk        dts

MINUTES FORM 11
CIVIL-GEN