NOV 17 2014 

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RYAN JAMES JOHNSON | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 14-5902-CAS (KK) |
| v. | |
| STU SHERMAN | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ ONLY   Plaintiff's Ground Four claim _____

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Ryan Johnson.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

Nov. 8, 2014
Date

*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

RYAN JOHNSON V-48398 B3-216L
C/O STATE AT CORCORAN
P.O. BOX 5242
CORCORAN, CA
93212

UNITED STATES DISTRICT COURT
EASTERN DIVISION
3470 TWELFTH ST., ROOM 134
RIVERSIDE, CA
92501

NOV 17 2014
CLERK U.S. DISTRICT COURT